1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:15-mc-00093 MCE-CKD

12              Plaintiff,

13        v.                                **RELATED CASE ORDER**

14   DONALD MITCH SHIVELEY,

15              Defendant and
                Judgment Debtor.
16

17   UNITED STATES OF AMERICA,              No.  2:06-cr-00273 MCE

18              Plaintiff,

19        v.

20   DONALD MITCH SHIVELEY,

21              Defendant.

22

23   UNITED STATES OF AMERICA,              No.  2:15-mc-00102 GEB-CKD

              Plaintiff,
24

25        v.

26   DONALD MITCH SHIVELEY,

27              Defendant and
                Judgment Debtor.
28

                                         1

1    The Court has received the Notices of Related Cases filed on August 24, 2015

2  and September 16, 2015.

3    Examination of the above-entitled actions reveals that they are related within the

4  meaning of Local Rule 123(a) (E.D. Cal. 1997).

5    The actions arise from the same ongoing law enforcement investigation, share

6  common legal issues and involve related parties, and would therefore entail a substantial

7  duplication of labor if heard by different judges.  Accordingly, the assignment of the

8  matters to the same judge is likely to effect a substantial savings of judicial effort and is

9  also likely to be convenient for the parties.

10    The parties should be aware that relating the cases under Local Rule 123 merely

11  has the result that these actions are assigned to the same judge; no consolidation of the

12  action is effected.  Under the regular practice of this court, related cases are generally

13  assigned to the district judge and magistrate judge to whom the first filed action was

14  assigned.

15    IT IS THEREFORE ORDERED that the action denominated 2:15-mc-00102 GEB-

16  CKD, United States of America v. Donald Mitch Shiveley is reassigned to Chief Judge

17  Morrison C. England, Jr. for all further proceedings, and any dates currently set in this

18  reassigned case only is hereby VACATED.  Henceforth, the caption on documents filed

19  in the reassigned case shall be shown 2:15-mc-00102 MCE-CKD.

20    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

21  adjustment in the assignment of the civil case to compensate for this reassignment.

22    IT IS SO ORDERED.

23  Dated:  October 14, 2015

24

25

26    _____

27    MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

28