BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>        v.<br><br>DONALD MITCH SHIVELEY,<br><br>    Defendant and Judgment Debtor,<br><br>S&D CARWASH MANAGEMENT, LLC,<br><br>    Garnishee. | Case No.: 2:15-MC-00093-MCE-CKD<br><br>**STIPULATION RE GARNISHMENT; AND ORDER THEREON**<br><br>[No Hearing Requested]<br><br>Criminal Case No.: 2:06-CR-00273-MCE |

Plaintiff United States and defendant and judgment debtor Donald Mitch Shiveley, (collectively the "Parties"), hereby stipulate to a final resolution of the United States' pending garnishment action against Mr. Shiveley as follows:

1.     On August 24, 2015, the United States sought, and the Clerk issued, a writ of garnishment against Mr. Shiveley's wages and other monetary compensation.  MC ECF Nos. 4 and 5, respectively.  Mr. Shiveley works as a store manager and receives semi-monthly wages, earnings and bonuses from the garnishee, S&D Carwash Management, LLC (S&D Carwash).

2.     By its writ, the United States sought to enforce the restitution order issued by the Court in Mr. Shiveley's sentencing in Case No. 2:06-CR-00273-MCE and incorporated in the Amended

Stipulation re Garnishment and Order

1

Judgment in a Criminal Case filed on January 31, 2007.  CR ECF No. 35.  Per the amended judgment, Mr. Shiveley was ordered to pay $1,990,154.00 in restitution plus a $100 assessment.  *Id*.  Mr. Shiveley's restitution order remains unpaid.

      3.      The United States served the writ of garnishment on S&D Carwash on August 24, 2015.  MC ECF No. 4.  S&D Carwash served its Acknowledgment and Answer (the Answer) to the United States' writ on September 15, 2015.  MC ECF No. 8.  The Answer states that Mr. Shiveley receives semi-monthly wages in the gross amount of $1,733.33.  After tax and other withholdings, Mr. Shiveley receives semi-monthly net wages of $1,548.50.  *Id*.  These wages represent Mr. Shiveley's disposable earnings as a store manager.

      4.      S&D Carwash has been withholding 25% of Mr. Shiveley's non-exempt, disposable earnings, wages and bonuses since September 2015.  The 25% withholding amount comports with the Consumer Credit Protection Act's 25% garnishment cap on a debtor's non-exempt disposable earnings.  15 U.S.C. § 1673(a)(1).

      5.      The Parties notified the Court on October 23, 2015 that they had agreed to a settlement of this garnishment action.  MC ECF No. 10.  To effectuate this agreement, the Parties agree that the Court can and should enter an order as follows:

      A.      Garnishing 10% of Mr. Shiveley's non-exempt, disposable (net) semi-monthly S&D Carwash earnings, wages and bonuses from the date S&D Carwash began withholding these payments plus any amounts payable to him until April 30, 2016;

      B.      Garnishing 25% of Mr. Shiveley's non-exempt, disposable (net) semi-monthly S&D Carwash earnings, wages and bonuses after May 1, 2016 and continuing thereafter until further order of Court; and

      C.      Directing S&D Carwash to pay the garnishment amounts to the Clerk of the Court as stated more specifically in the accompanying order.

///
///
///
///

7. This is a continuing writ of garnishment against Mr. Shiveley's S&D Carwash earnings, wages and bonuses which shall remain in place until further Court order. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

Respectfully submitted,

FOR THE UNITED STATES:

BENJAMIN B. WAGNER
United States Attorney

Dated: November 13, 2015   By:   */s/ Kurt A. Didier*
KURT A. DIDIER
Assistant United States Attorney

FOR THE DEFENDANT:

Dated: November 13, 2015   By:   */s/ Donald M. Shiveley*
DONALD M. SHIVELEY, in pro per

Stipulation re Garnishment and Order

3

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Garnishment (the "Stipulation"), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

1. The United States' application for a final order of garnishment is GRANTED.

2. S&D Carwash Management, LLC shall garnish defendant Donald Mitch Shiveley's semi-monthly non-exempt, earnings, wages and bonuses at the rate of 10% from each payment from the date it received the United States' writ of garnishment through April 30, 2016.

3. Beginning on May 1, 2016, S&D Carwash shall garnish Defendant's semi-monthly non-exempt, disposable earnings, wages and bonuses at the rate of 25% from each payment until: the restitution amount is paid in full; further order of this Court; or S&D Carwash no longer has custody, possession or control of any property belonging to Defendant.

4. S&D Carwash shall DELIVER, within twenty (20) days of the filing of this Order, a cashier's check, money order or company draft in the sum of 10% of Defendant's earnings, wages and bonuses previously withheld by S&D Carwash pursuant to the writ of garnishment, made payable to the Clerk of Court. S&D Carwash shall also state the docket number (Case No.: 2:06-CR-00273-MCE) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

5. S&D Carwash shall also provide the United States a written accounting of the amounts withheld from Defendant's payments during the period from service of the writ of garnishment to entry of this final order.

6. Following its payment of the withheld amount as stated in paragraph 4, above, S&D Carwash shall thereafter DELIVER, on a monthly basis, payments to the Clerk of Court consistent with this order. S&D Carwash shall NOTIFY the United States, within 30 days, of any change: in the amount of Defendant's earnings, wages and bonuses; in the Defendant's employment status; or affecting S&D Carwash's status as garnishee under this order.

7. This is a CONTINUING writ of garnishment against Defendant's S&D Carwash

4

Stipulation re Garnishment and Order

1 earnings, wages and bonuses which shall remain in place until further Court order.  The Court shall
2 RETAIN jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.
3       8. All payments shall be made payable to the "Clerk of the Court" at the Office of the Clerk,
4 United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento,
5 California 95814.  S&D Carwash shall also state the docket number (Case No.: 2:06-CR-00273-MCE)
6 on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped
7 envelope with the payment.

IT IS SO ORDERED.

Dated:  November 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5

Stipulation re Garnishment and Order