IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DONALD MITCH SHIVELEY.<br><br>　　　　Defendant and Judgment Debtor.<br><br>S&D CARWASH MANAGEMENT, LLC,<br>(and its Successors and Assignees)<br><br>　　　　Garnishee. | Case No.: 2:15-MC-00093-MCE-CKD<br><br>**ORDER**<br><br>Criminal Case No.: 2:06-CR-00273-MCE |

　　　The Court, having reviewed the court files and the United States' application for an order terminating writ of garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application.  Accordingly, it is ORDERED that the:

　　　1.　　Writ of Garnishment (wages) previously issued on August 24, 2015 against Donald Mitch Shiveley, is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B); and

　　　2.　　Clerk of Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:  December 16, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE